**The below described is SIGNED.**

**Dated: March 29, 2011**



**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 10-35647 |
|---|---|
| Gwendolyn Furse | Chapter 7 |
| Debtor. | Judge R. Kimball Mosier |

### ORDER GRANTING MOTION TO APPROVE REAFFIRMATION AGREEMENT

The Debtor appeared before the court on the 23rd day of March, 2011 in support of her motion to approve two reaffirmation agreements with America First Credit Union The Debtor appeared *pro-se*. No other appearances were made. The Debtor, having satisfied the Court that approval of the reaffirmation agreements do not impose an undue hardship on the debtor or a dependent of the debtor, and that approval of the reaffirmation agreements is in the best interest of the debtor, it is hereby:

ORDERED that the Reaffirmation Agreement with America First Credit Union in the amount of $2,316.96 is hereby APPROVED.

ORDERED that the Reaffirmation Agreement with America First Credit Union in the amount of $1,679.07 is hereby APPROVED.

---------------------------------------------END OF DOCUMENT-------------------------------------------

ORDER SIGNED

_____ooo0ooo_____

## SERVICE LIST

Service of the foregoing ORDER GRANTING MOTION TO APPROVE REAFFIRMATION AGREEMENT will be effected through the Bankruptcy Noticing Center to the following parties:

Gwendolyn B. Furse
1834 Van Buren Avenue
Ogden, UT 84401

America First Federal Credit Union
P.O. Box 9199
Ogden, UT 84409

Steven R. Bailey tr
2454 Washington Blvd.
Ogden, UT 84401